**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROXANNE EDENS, BECCA KENT
and KOURTNEY LAMONT,

    Plaintiffs,

v.                                                                      Case No: 8:14-cv-2761-T-30TBM

TK RESTAURANT VENTURES 1, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #17) and Mediation Report (Dkt. #18).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #17) is APPROVED.

2. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of March, 2015.

                                                       _____
                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record